# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| EARNEST MILLER, | CASE NUMBER |
| --- | --- |
| PETITIONER | CV06-812-CAS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; ET AL., | **ORDER RE: CERTIFICATE OF APPEALABILITY** |
| RESPONDENT. | |

On _____3/30/09_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☒ The Certificate of Appealability is **DENIED** for the following reason(s):
    ☒ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

_Christina A. Snyder_

_____5/7/09_____
Date                                     United States District Judge